IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41159
Conference Calendar
_____

CHARLES EARL WALLACE,

Plaintiff-Appellant,

versus

M. BELL, Warden, Bradshaw State Jail;
BEVERLY JACKSON, Grievance Coordinator,
Bradshaw State Jail,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-908
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Charles Earl Wallace, Texas prisoner # 715750, appeals the district court's dismissal of his 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Wallace's arguments regarding the prison grievance procedure lack a factual foundation, and his action for damages resulting from the disciplinary proceeding is not cognizable in a § 1983 action. See Edwards v. Balisok, 520 U.S. 641 (1997).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This appeal is without arguable merit and thus frivolous. It is DISMISSED.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

Wallace is cautioned that future frivolous appeals will invite the imposition of sanctions.  Wallace should review any pending appeals to ensure that they do not raise frivolous arguments.

APPEAL DISMISSED; SANCTION WARNING ISSUED.